IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JESUS HERNANDEZ, *individually and on behalf of all others similarly situated*,<br>　　Plaintiff,<br><br>v.<br><br>GRIFFIN & GRIFFIN ATTORNEYS AT LAW and INVESTMENT RETRIVERS INC.,<br>　　Defendants. | §§§§§§§§§§ | EP-24-CV-00218-DB |

## ORDER OF DISMISSAL

On this day, the Court considered Plaintiff Jesus Hernandez's ("Plaintiff's") "Notice of Voluntary Dismissal," ("Notice") filed on November 11, 2024, ECF No. 8. In this Notice, Plaintiffs advise the Cout that "the above entitled action specifically with regard to the Defendants shall be and hereby is dismissed with prejudice and on the merits." *Id.* at 1. Having considered the Notice, the Court is of the opinion that such Notice should be granted.

**IT IS HEREBY ORDERED** that Plaintiff Jesus Hernandez's "Notice of Voluntary Dismissal," ECF No. 8, is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**.

SIGNED this 12 (13) day of **November 2024**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE