IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JESUS HERNANDEZ, *individually and on behalf of all others similarly situated*,<br>　　Plaintiff,<br><br>　　　　v.<br><br>GRIFFIN & GRIFFIN ATTORNEYS AT LAW and INVESTMENT RETRIVERS INC.,<br>　　Defendants. | § § § § § § § § § § § | EP-24-CV-00218-DB |

## FINAL JUDGMENT

On November 12, 2024, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

SIGNED this 12th day of **November 2024**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE